No. 79–955.   DeHavilland Aircraft of Canada, Ltd. v.
Betar, Public Administrator of Cook County, et al., 444
U. S. 1098; and

No. 79–5728.   Ross v. Carey, Governor of New York,
et al., 444 U. S. 1085.   Petitions for rehearing denied.

No. 79–5447.   In re Application for Admission to the
Bar of Massachusetts, 444 U. S. 1046.   Motion for leave to
file petition for rehearing denied.

March 31, 1980

No. 79–664.   Ventura County v. Gulf Oil Corp.   Affirmed on appeal from C. A. 9th Cir.

No. 79–5877.   Poe v. North Carolina.   Appeal from Sup.
Ct. N. C. dismissed for want of substantial federal question.
Mr. Justice Brennan and Mr. Justice Stevens would note
probable jurisdiction and set case for oral argument.

No. 78–1391.   Chateau X, Inc., et al. v. Andrews, District Attorney for the Fourth District of North Carolina.   Sup. Ct. N. C.   Certiorari granted, judgment vacated,
and case remanded for further consideration in light of Vance
v. Universal Amusement Co., ante, p. 308.   Mr. Justice
White dissents.

No. 79–482.   Hutto, Corrections Director, et al. v.
Davis.   C. A. 4th Cir.   Certiorari granted, judgment vacated,
and case remanded for further consideration in light of Rummel v. Estelle, ante, p. 263.